**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HECTOR CASTILLO | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CAUSE NO.: 1-23-CV-130 |
| | § | |
| RICHARD MARK HAWKINS AND | § | |
| MAX FREIGHTLINES, INC. | § | |
|     Defendants | § | DEMAND TRIAL BY JURY |

## DEFENDANTS RICHARD MARK HAWKINS AND MAX FREIGHTLINES, INC.'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COME RICHARD MARK HAWKINS and MAX FREIGHTLINES, INC.,** Defendants in the above styled and numbered cause and remove the above action from the 445th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division, and file this their Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446 and pursuant to the requirements of 28 U.S.C. § 1332.

1. On June 7, 2023, an action was commenced against Defendants **RICHARD MARK HAWKINS and MAX FREIGHTLINES, INC.,** in the 445th Judicial District Court of Cameron County, styled *Hector Castillo vs. Richard Mark Hawkins and Max Freightlines, Inc.;* Cause No. 2023-DCL-02829. *A copy of that suit is attached hereto as Exhibit 1.*

2. The Secretary of State served (via Certified Mail Return Receipt Requested) **MAX FREIGHTLINES, INC.** with a copy of the Citation and Plaintiff's Original Petition on August 16, 2023. Defendant Max Freightlines, Inc. timely filed an Answer with the State Court. *A copy of the citation is attached hereto as Exhibit 2.* Likewise, the Secretary of

State forwarded a copy of the Citation and Plaintiff's Original Petition to Defendant **RICHARD MARK HAWKINS.** However, as a truck driver, Mr. Hawkins is on the road most of the time thus he has not had an opportunity to retrieve the Certified Mail forwarded to him by the Secretary of State. Nevertheless, an Answer on his behalf was also timely filed with the State Court. Defendants rely on the August 16, 2023, service on Max Freightlines, Inc. for the removal of this case. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendants in this action:

1. Plaintiff's Original Petition;
2. Copy of Citation of Defendant Max Freightlines, Inc.;
3. Docket Sheet;
4. Defendants' Original Answer;
5. Defendants' First Amended Original Answer;
6. Defendants' Jury Demand.
7. Defendant's Notice of Removal (State Court)

In addition, Defendants include a copy of the docket sheet of the state court matter, a *copy of which is attached hereto as Exhibit 3*.

3. Plaintiff has brought negligence, Respondeat Superior and gross negligence causes of action against Defendants as result of an automobile accident that occurred on March 24, 2023, in Brownsville, Cameron County, Texas. Specifically, Plaintiff alleges that as Defendant Richard Mark Hawkins was exiting a private driveway, he failed to yield the right of way causing a collision between Plaintiff's vehicle and the vehicle driven by Defendant Hawkins. Plaintiff further claims that Defendant Hawkins was in the course

and scope of his employment with Defendant Max Freightlines, Inc. Plaintiff claims that Defendant Max Freightlines, Inc. was negligent both through the doctrine of Respondeat Superior as well as directly negligent in its hiring, training, supervision, and retention of Defendant Hawkins.

4. Plaintiff seeks to recover monetary relief from Defendants over $1 million. As such, Defendants submit that the amount in controversy is in excess of $75,000.00 and removal is appropriate pursuant to 28 U.S. § 1441.

5. In his Original Petition, Plaintiff pleads that he is an individual residing in Cameron County, Texas, as such, a citizen of the State of Texas.

6. Defendant **MAX FREIGHTLINES, INC.** was, at the time this suit was filed, and still is an Illinois corporation organized and existing under the laws of the State of Illinois. Its principal place of business is 1043 S. York Road, Unit 409, Bensenville, IL 60106.

7. Defendant **RICHARD MARK HAWKINS** is a resident of Coarsegold, California and his address is 33891 Skyline Ridge Court, Coarsegold, California 93614, and thus, he is not a citizen of the state of Texas.

8. This case is a civil action of which this court has diversity jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 and 1446. This is a civil action in which Plaintiff's state citizenship, in his pleadings, is different from that of the Defendants. Thus, there is complete diversity between the true parties in interest. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9. A copy of the Notice of Removal filed in the state court is *attached hereto as Exhibit 7.*

10. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1446.

11. Venue is proper in this district under 28 U.S.C. § 1441 because the state court where the suit has been pending is located in this district and within this division.

12. Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

13. Defendants demanded a jury in the state court suit.

14. For the foregoing reasons, Defendants **RICHARD MARK HAWKINS and MAX FREIGHTLINES, INC.** request the Court to remove the suit to The United States District Court, Southern District of Texas, Brownsville Division.

Respectfully submitted,

**THORNTON, BIECHLIN,
REYNOLDS & GUERRA, L.C.**
418 East Dove Avenue
McAllen, Texas 78504-2240
Tel. (956) 630-3080
Fax (956) 630-0189

**/S/** *Ricardo D. Villanueva*
**RICARDO D. VILLANUEVA**
State Bar No. 00792896
E-mail: rvillanueva@thorntonfirm.com
**ATTORNEY FOR DEFENDANTS
RICHARD MARK HAWKINS
and MAX FREIGHTLINES, INC**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 7th day of September 2023, I have caused a true and correct copy of the foregoing instrument to be delivered to the following attorneys of record via facsimile and/or via electronic mail:

**VIA E-SERVICE**

Mr. Javier Villarreal
State Bar No. 240280967
Mr. Reginald Iles Blakeley
State Bar No. 24077845
**JAVIER VILLARREAL LAW FIRM**
2401 Wild Flower Dr., Ste. A
Brownsville, Texas 78526
Tel.: (956) 300-0000
E-mail: reggie@jvlawfirm.com and Oigres@jvlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

/S/ *Ricardo D. Villanueva*
**RICARDO D. VILLANUEVA**