United States District Court
Southern District of Texas
**ENTERED**
October 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HECTOR CASTILLO, § | |
| "Plaintiff," § | |
| § | |
| v. § | Civil Action No. 1:23-cv-00130 |
| § | |
| RICHARD HAWKINS, et al., § | |
| "Defendants." § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Stipulation of Dismissal" (Dkt. No. 23). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on October 1, 2024.

_____
Rolando Olvera
United States District Judge